IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS

| | | |
|---|---|---|
| XYZ CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-01396 |
| | ) | |
| The Partnerships, et al. | ) | |
| | ) | |
| Defendants. | ) | Hon. Andrea R. Wood |

MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD

COMES NOW Defendant ProCosplay (hereinafter referred to as "Moving Defendant"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 6(b) respectfully moves this Court for an extension of time to answer or otherwise plead, showing the Court as follows:

1. Plaintiff filed its Complaint on March 12, 2021. [ECF No. 1]

2. Summonses were issued and returned executed on April 16, 2021.

3. Defense counsel for Moving Defendant was hired on June 16, 2021.

4. Defense counsel contacted Ann Marie Sullivan, counsel for Plaintiff, via email on June 21, 2021 to seek Plaintiff's agreement to this motion. Plaintiff's counsel has not yet had an opportunity to respond, but as Plaintiff has been ordered to file its default motion no later than June 23, 2021, Defendant ProCosplay is attempting to act quickly.

5. Moving Defendant respectfully requests that the Court enter an Order granting this motion and extending the deadline for Moving Defendant to answer or otherwise plead through Tuesday July 6, 2021.

6.  This extension of time is not being sought for the purpose of delay or frustration of the progress of this matter.

7.  This extension will not unduly burden Plaintiff.

WHEREFORE, Moving Defendant respectfully requests that this Court grant their Motion for Extension of Time to Answer or Otherwise Plead, ordering them to do so no later than July 6, 2021.

Respectfully submitted,

/s/ Erin K. Russell
The Russell Firm, LLC
833 W. Chicago Avenue, Suite 508
Chicago, IL 60642
T: 312-994-2424
F: 312-706-9766
erin@russellfirmip.com

CERTIFICATE OF SERVICE

This is to certify that on June 20, 2021, this document was filed with the Court via the CM/ECF electronic filing system, thereby serving it upon all counsel of record.

/s/ Erin K. Russell