UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

XYZ Corporation

                              Plaintiff,

v.                                                       Case No.: 1:21−cv−01396

                                                                Honorable Andrea R. Wood

Hefei Kaosixiu Trade Co., Ltd., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 22, 2021:

      MINUTE entry before the Honorable Andrea R. Wood: The Court has considered Defendant ProCosplay's motion for extension of time to answer or otherwise plead [41] and Plaintiff's response in opposition to that motion [42]. Although its showing of excusable neglect for the late request for an extension is thin, Defendant's motion [41] is granted. Defendant ProCosplay shall have until 7/6/2021 to answer or otherwise plead. However, Defendant ProCosplay is warned that any future failure to abide by deadlines set by the Federal Rules of Civil Procedure or this Court may result in any requested relief being summarily denied or the imposition of sanctions for failure to comply with the Court's orders. Mailed notice (dal, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.